IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| NORMAN L. AGNEW | § | |
| VS. | § | CIVIL ACTION NO. 9:17-CV-110 |
| DETECTIVE JOHNSON, *et al.*, | § | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Norman L. Agnew, an inmate confined at the Wallace Unit with the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against several defendants.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends the following motions be denied: (1) Plaintiff's Motion for Summary Judgment (docket entry no. 47), (2) Plaintiff's Motion for Declaratory Judgment and Preliminary Injunction (docket entry no. 48), and Plaintiff's Motion for Default Judgment (docket entry no. 50).

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge have been filed to date.[1]

---

[1] Plaintiff filed a Motion for Extension of Time to File Objections on February 15, 2019 (docket entry no. 60). The motion was granted on February 19, 2019 and gave plaintiff until March 1, 2019 to file his objections (docket entry no. 61). Plaintiff has yet to file his objections.

## ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the reports of the Magistrate Judge are **ADOPTED**.

So **ORDERED** and **SIGNED March 19, 2019.**

_____
Ron Clark, Senior District Judge