IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| NORMAN L. AGNEW | § | |
| VS. | § | CIVIL ACTION NO. 9:17-CV-110 |
| DETECTIVE JOHNSON, *et al.*, | § | |

## ORDER ADOPTING THE MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Norman L. Agnew, a former pre-trial detainee confined at the Nacogdoches County Jail, proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1093 against the following defendants: City of Nacogdoches Police Department, Nacogdoches Sheriff's Department, the Nacogdoches County Jail, Sheriff Thomas Kersee, Detective Johnson with the Nacogdoches Police Department, Detective Scott Weens with the Nacogdoches Police Department, Jailer Don Barlow, Grand Jury Foreman David Darby and Assistant District Attorney Nicole Lastrocco.[1]

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends plaintiff's motions for preliminary inunction and motion for temporary restraining order be denied.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge has been filed.[2]

---

[1]On December 1, 2017, plaintiff's claims against the Nacogdoches Police Department, the Nacogdoches Sheriff's Department, the Nacogdoches County ail and individual defendants Darby and Lastrocco were dismissed for failure to state a claim and as frivolous (docket entry nos. 22 & 23).

[2]Plaintiff received a copy of the Report and Recommendation on August 19, 2019 (docket entry no. 68).

<u>ORDER</u>

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**.

**So Ordered and Signed**

**Sep 10, 2019**

_____
Ron Clark, Senior District Judge